# PINCUS LAW LLC

90 Broad Street, 23rd Floor
New York, New York 10004

---

Mark S. Pincus
Managing Member

Telephone: (212) 962-2
Facsimile:   (347) 803-1
Email:  mark@pincus-law

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

November 12, 2020

BY ECF
Hon. Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007

The motion to adjourn the conference and to defer the filing of a case management plan is DENIED.  Defendants may move to stay discovery pending the outcome of the forthcoming motion to dismiss and the parties should be prepared to address at the conference whether discovery should be stayed.  The Court expresses no view at this time as to the merits of such motion. The Clerk of the Court is respectfully directed to send a copy of this order to Plaintiff.  11/12/2020

Re:   *Brock v. Zuckerberg*, Case No. 1:20-cv-07513-LJL-SLC

Dear Judge Liman:

My Firm represents Defendants Mark Zuckerberg, Facebook, Inc. and Sheryl Sandberg (the "Facebook Defendants") in the above-named case.  Although an Initial Conference is scheduled for next Tuesday, November 17, the Facebook Defendants' time to answer, move, or otherwise respond expires on December 7. (*See* ECF No. 9.)

As the Facebook Defendants plan to move to dismiss, we respectfully request that this Court adjourn the Initial Conference to a time following the resolution of the motion to dismiss.  This is the first such request for an adjournment.  Plaintiff *pro se* does not consent to this request and has stated that he wants an opportunity to address the court.  If this Court is unwilling to adjourn, the Facebook Defendants request, at least, that this Court defer the Parties' obligation to file a Case Management Plan and Scheduling Order until the resolution of the motion to dismiss.

Respectfully submitted,

s/ Mark S. Pincus

cc: Mr. Mandela Brock, Plaintiff *pro se* (by email)