```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MANDELA BROCK,                                                          :
:
                                    Plaintiff,                          :
:                        20-cv-7513 (LJL)
                -v-                                                     :
:                        ORDER
MARK ZUCKERBERG, FACEBOOK, INC., et al.,                                :
:
                                    Defendants.                         :
:
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On January 11, 2021, Defendants moved to dismiss, or, in the alternative, to transfer this case.  Dkt. No. 21.  Plaintiff's response was due on January 25, 2021.  Plaintiff failed to respond, and Defendants have now filed a letter purporting to be a reply.  Dkt. No. 31.  The Court will extend Plaintiff's time to respond until March 1, 2021.  If Plaintiff responds, Defendants will have until March 8, 2021, to reply.  In the absence of an opposition brief from Plaintiff on or before March 1, 2021, the Court will consider the motion to dismiss or transfer on its merits but without an opposition brief.

      The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: February 2, 2021
       New York, New York
                                                       LEWIS J. LIMAN
                                                 United States District Judge