**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

MANDELA BROCK,

                    Plaintiff,

     -against-                                20 **CIVIL** 7513 (LJL)

                                                    **JUDGMENT**

MARK ZUCKERBERG, et al.,

                    Defendants.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 25, 2021, Defendants' motion, in the alternative, to transfer the venue to the United States District Court for the Northern District of California under 28 U.S.C. § 1404(a) is DENIED as such a transfer would not be necessary or a beneficial use of judicial resources. Defendants' motion to dismiss the Amended Complaint is GRANTED in accordance with this opinion and order; accordingly, this case is closed.

**Dated:** New York, New York

        June 25, 2021

                                                                **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                                            **BY:**   *K. Mango*

                                                                **Deputy Clerk**