# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Mandela Brock

(List the full name(s) of the plaintiff(s)/petitioner(s).)

20 CV 7513 ( LJL )( )

-against-

**NOTICE OF APPEAL**

MARK ZUCKERBERG, et al.,

(List the full name(s) of the defendant(s)/respondent(s).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2021

Notice is hereby given that the following parties: Mandela Brock

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  [X] judgment  [ ] order  entered on: June 25, 2021

(date that judgment or order was entered on docket)

that: Granted a Motion to Dismiss

(If the appeal is from an order, provide a brief description above of the decision in the order.)

July 19, 2021

Dated

s/ Mandela Brock

Signature*

Brock, Mandela

Name (Last, First, MI)

366 West 127th Street, Apt # 5F, New York, NY 10027

Address          City          State          Zip Code

718-690-0204

Telephone Number

mandela-brock@mymail.berkeleycollege.edu

E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13